People v Grillo (2024 NY Slip Op 05110)

People v Grillo

2024 NY Slip Op 05110

Decided on October 16, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
CHERYL E. CHAMBERS
BARRY E. WARHIT
DONNA-MARIE E. GOLIA, JJ.

2021-06516
 (Ind. No. 229/19)

[*1]The People of the State of New York, respondent,
v
Richard Grillo, appellant.

Steven A. Feldman, Manhasset, NY, for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Grazia DiVincenzo and Marion Tang of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (Mark D. Cohen, J., at plea; Richard Ambro, J., at sentence), rendered August 3, 2021, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the County Court improvidently exercised its discretion in imposing an enhanced sentence, as well as his contentions that the enhanced sentence was excessive and that the sentence constituted cruel and unusual punishment (see People v Esson, 225 AD3d 786, 787; People v Todarello, 185 AD3d 970, 970-971; People v Catanzaro, 157 AD3d 961).
IANNACCI, J.P., CHAMBERS, WARHIT and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court